IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Giles, Helen D

Printed: 6/5/07

Case Number: 06 B 07496
Judge: Goldgar, A. Benjamin
Filed: 6/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,120.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 870.00 |
| Trustee Fee: |  | 49.66 |
| Other Funds: |  | 2,200.34 |
| Totals: | 3,120.00 | 3,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 870.00 | 870.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Indymac Bank | Secured | 23,000.00 | 0.00 |
| 5. | B-Line LLC | Unsecured | 141.07 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 65.55 | 0.00 |
| 7. | Wells Fargo Financial Bank | Secured |  | No Claim Filed |
| 8. | IDES | Priority |  | No Claim Filed |
| 9. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 10. | Illinois Student Assistance Commission | Unsecured |  | No Claim Filed |
| 11. | Fingerhut | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 24,076.62 | $ 870.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 49.66 |
|  | _____ |
|  | $ 49.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Giles, Helen D | Case Number:  06 B 07496 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/5/07 | Filed:  6/26/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_